# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT McKENNEY,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 2:19-CV-223-DBH** |
| ) | |
| **ARLENE JACQUES, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On August 14, 2019, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision After Review of Complaint Pursuant to 28 U.S.C. §§ 1915(e), 1915A. The time within which to file an objection expired on August 28, 2019, and no objection has been filed.[1] The Magistrate Judge had notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's complaint is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 17TH DAY OF SEPTEMBER, 2019**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

---

[1] On August 27, 2019, the Post Office returned the Clerk's Office mailing of the Recommended Decision, marked:
  RETURN TO SENDER
  ATTEMPTED – NOT KNOWN
  UNABLE TO FORWARD
(ECF No. 7). The Clerk's Office had used the jail address the plaintiff provided in his Complaint and other documents. He provided no other address.